IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DAVID SIMMONS,<br><br>     *Plaintiff,*<br><br>v.<br><br>TIMOTHY McBRIDE, et al.,<br><br>     *Defendants.* | CIVIL ACTION<br>NO. 20-4846 |

## ORDER

**AND NOW**, this 10th day of September 2021, upon consideration of the Motion to Dismiss the Second Amended Complaint (ECF 50) and Simmons's Response (ECF 51), it is hereby **ORDERED** that, for the reasons stated in the Court's Memorandum:

1. The Motion to Dismiss **GRANTED**. The Second Amended Complaint is **DISMISSED with prejudice** with respect to Simmons's claims pursuant to 42 U.S.C. § 1983. The Court declines to exercise supplemental jurisdiction over the intentional infliction of emotional distress claim, and that claim is **DISMISSED without prejudice.**

2. The **Clerk of Court** shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.